AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP - 6 2022
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| CASLAROV, Stefan | )  Case No.    8:22-MJ-490 (GLF) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of September 3rd, 2022, in the county of Clinton in the Northern District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(2) | The defendant, an alien and citizen of Romania, unlawfully eluded examination and inspection by Immigration officials by entering the United States at a place not authorized for the entrance of immigrants. |

This criminal complaint is based on these facts:

☒    Continued on the attached sheet.

_____ 9/4/2022  11:32AM
*Complainant's signature*

Michael L. Durocher, Border Patrol Agent
_____
*Printed name and title*

Attested to be the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  Sept. 6, 2022        _____
*Judge's signature*

City and State:    Plattsburgh, NY        Hon. Gary L. Favro, U.S. Magistrate Judge

*United States of America v.* **CASLAROV, Stefan**

On September 3, 2022, at approximately 9:30 P.M., Border Patrol dispatch (KAD 640) notified U.S. Border Patrol Agents (BPAs) assigned to the Champlain, NY station of three adults and one juvenile walking on Gamlaw Road in Champlain, NY who could have just illegally entered the United States. Upon arrival, BPA Jarvis noticed a vehicle coming west bound on Prospect Street and turn north bound onto Gamlaw Rd. Within a timespan of three minutes, the vehicle returned south bound and turned west on to Prospect St. BPA Jarvis was facing east on Prospect St. and turned around to follow the vehicle. When BPA Jarvis turned around to follow the vehicle, he noticed the vehicle rapidly gaining speed. The operator turned north bound onto Industrial Boulevard and proceeded towards US-11. Suspecting the vehicle may have picked up the subjects on Gamlaw Rd, BPA Jarvis ran checks on a Virginia license plate (TXL 1786). BPA Jarvis was notified by KAD 640 that the registration of the vehicle was expired. Due to the route the vehicle had taken and the time it had spent on Gamlaw Rd., along with the vehicle gaining speed on industrial boulevard, BPA Jarvis initiated his emergency equipment and conducted a vehicle stop on Industrial Boulevard just north of US-11. BPA Jarvis approached the vehicle, identified himself as a U.S. Border Patrol Agent, and conducted an immigration inspection. Upon inspection, BPA Jarvis noticed five subjects: four adults and one juvenile. Inside the vehicle were the driver, the three passengers in the back including the juvenile that was sitting on a makeshift bed, and another male subject. The vehicle contained multiple backpacks and several sets of shoes which is consistent with what is seen in a human smuggling case. The passengers also matched the description of the individuals seen walking south on Gamlaw Rd. The individuals spoke very little English but were able to state they are citizens and nationals of Belgium. Four of the occupants of the vehicle presented Belgian passports and stated they had no other documents to be in or remain in the United States legally. One of the subjects was the driver of the vehicle, the other three were a husband and wife traveling with their juvenile son, and one individual was sitting in the back of the vehicle who stated he was from Romania and had no immigration documents with him. At this time other Champlain Agents arrived on scene. BPA Jarvis ran individual record checks on the subjects through KAD 640 and was notified that the driver had overstayed his visa a total of 90 days. BPA Jarvis asked the individual who was seated in the back to step out of the vehicle for further inspection and noticed grass and brush on their shoes and clothing. The three subjects sitting in the back of the vehicle also had grass and brush on their clothing. This is commonly seen with individuals who cross illegally through the border in that area. It was concluded that the subjects in the vehicle, including the driver, were Illegally present in the United States. BPAs transported all occupants of the vehicle to the Champlain Border Patrol station for further processing and investigation.

Each of the adult subjects' biographical information and fingerprints were entered into Department of Homeland Security databases.

Record checks revealed that CASLAROV, Stefan is a Romanian citizen and is wanted by foreign Law Enforcement (Germany). Subject wanted by German authorities for RAPE - STRONGARM.

CASLAROV, Stefan is a citizen of Romania, and all citizens of Romania are required to apply for a visa or other immigration documents before entering the United States. CASLAROV, Stefan illegally entered the United States at a place not designated as a port of entry and therefore was not inspected nor admitted into the United States. Had the subject presented himself for inspection he would not have been admitted because he had not previously applied for a visa to enter the United States.